**Dismissed and Memorandum Opinion filed March 3, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-01004-CV

## JOSEPH COX AND ROXANNE TOMAIOLO, Appellants

### V.

## GALVESTON COUNTY WATER CONTROL & IMPROVEMENT DISTRICT #12 AND MUNICIPAL DISTRICT SERVICES, LLC, Appellees

On Appeal from the 405th District Court
Galveston County, Texas
Trial Court Cause No. 13-CV-1104

## M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed September 22, 2014. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On January 21, 2015, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days,

appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Donovan, and Wise.